UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 16-24965-CIV-MORENO**

ANDRES GOMEZ,

Plaintiff,

vs.

WINN-DIXIE STORES, INC.,

Defendant.

_______________________________________/

**ORDER DENYING MOTION TO STAY PROCEEDINGS**

THIS CAUSE came before the Court upon Defendant, Winn-Dixie Stores, Inc.'s Motion to Stay Proceedings **(D.E. 22)**, filed on **March 9, 2017**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 10 of March 2017.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record