UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

**Case Number: 16-24965-CIV-MORENO**

ANDRES GOMEZ,

Plaintiff,

vs.

WINN-DIXIE STORES, INC.,

Defendant.

_______________________________________/

**ORDER DENYING MOTION TO DISMISS**

THIS CAUSE came before the Court upon Defendant's Motion to Dismiss **(D.E. 10)**, filed on **December 27, 2016** and Defendant's Motion to Stay **(D.E. 28)** filed on **April 3, 2017**.

THE COURT has considered the motions, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motions are DENIED. Default shall be entered against defendant if an answer is not filed by April 26, 2017.

It is also **ADJUDGED** that Plaintiff's Motion to Require Filing of Joint Scheduling Report **(D.E. 24)**, filed on **March 23, 2017** is DENIED as unnecessary

DONE AND ORDERED in Chambers at Miami, Florida, this 5 of April 2017.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record