UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 16-24965-CIV-MORENO

ANDRES GOMEZ,

    Plaintiff,

vs.

WINN-DIXIE STORES, INC.,

    Defendant.

_____/

## ORDER CLOSING CASE FOR STATISTICAL PURPOSES AND PLACING MATTER IN CIVIL SUSPENSE FILE

THIS CAUSE came before the Court upon Defendant's Motion to Dismiss **(D.E. 37)**, filed on **August 8, 2017** and Plaintiff's Motion for Summary Judgment **(D.E. 40)**, filed on **August 25, 2017**.

Given the Order and Injunction issued by United States District Court Judge Robert N. Scola, Jr. in *Gil v. Winn-Dixie Stores, Inc.*, No. CV 16-23020-CIV, 2017 WL 2547242, at *1 (S.D. Fla. June 12, 2017), the Court finds it advisable to place the cause in civil suspense as Winn-Dixie is the defendant in both actions. Accordingly, it is

**ADJUDGED** that:

I.    The Clerk of this Court shall mark this cause as closed for statistical purposes and place the matter in a civil suspense file.

II.    The Court shall retain jurisdiction and the case shall be restored to the active docket upon motion of a party if circumstances change so that this action may proceed to final disposition.

III.  This order shall not prejudice the rights of the parties to this litigation.

IV.  Plaintiff SHALL notify the Court by **December 8, 2017** of the current status of the proceedings.

DONE AND ORDERED in Chambers at Miami, Florida, this 13th of October 2017.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record